JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
SARAH H. SCHEINHORN (SBN 294759)
sscheinhorn@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for Defendant
Chex Systems, Inc.

FILED
CLERK, U.S. DISTRICT COURT
APR 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL TOLEDO,

    Plaintiff,

vs.

CHEX SYSTEMS, INC.

    Defendant.

CASE NO. CV14-3121 R-RZx

**NOTICE OF REMOVAL**

BY FAX

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Chex Systems, Inc. ("Defendant"), a Minnesota corporation with a principal place of business in Woodbury, Minnesota, hereby removes to this Court the state court action described below.

1. On March 19, 2014, a complaint was filed against Defendant by Plaintiff Paul Toledo ("Plaintiff"), in an action pending in Superior Court of the State of California in and for the County of Los Angeles, entitled *Paul Toledo vs. Chex Systems, Inc.*, Case No. 14S02023. A copy of the state court complaint ("Complaint") is attached hereto as **Exhibit A**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was first served with a copy of the Complaint on March 27, 2014, as reflected on the Service of Process transmittal that is attached hereto as **Exhibit B**.

**JURISDICTION**

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the Complaint asserts claims against Defendant under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq*. *See* Exhibit A, at p. 2, ¶ 3.

**VENUE**

4. The Complaint was filed in the Superior Court of California, County of Los Angeles. *See* Exhibit A. Venue in this District Court is proper. *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(c) (Central District comprises the counties of Los Angeles, Ventura, Santa Barbara, San Luis Obispo, Orange, Riverside, and San Bernardino).

5. Defendant is represented by the undersigned.

1  DATED: April 23, 2014              SIMMONDS & NARITA LLP
2                                     JEFFREY A. TOPOR
                                      SARAH H. SCHEINHORN
3
4
                                      By: _____
5                                          Sarah H. Scheinhorn
                                           Attorneys for Defendant
6                                          Chex Systems, Inc.

# Exhibit A

3/29/14
Time 3:46pm

# SC-100

**Plaintiff's Claim and ORDER to Go to Small Claims Court**

*Clerk stamps date here when form is filed.*

**CONFORMED COPY ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**MAR 19 2014**

Sherri R. Carter, Executive Officer/Clerk
By Paula Arias, Deputy

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*
**Superior Court of California, County of**
Los Angeles
Southwest District
Inglewood Courthouse
One Regent St.
Inglewood, CA 90301

*Clerk fills in case number and case name:*
**Case Number:** 14S02023

**Case Name:**

## Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

**Trial Date**
1. Date: 05/13/14  Time: 8:30AM  Department: SW8  Name and address of court if different from above
2. ___
3. ___

Los Angeles Superior Court
Southwest District Inglewood
One Regent Street
Inglewood, CA 90301

Date: MAR 19 2014   SHERRI R. CARTER   Paula Arias , Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)
26606

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
**(Small Claims)**

SC-100, Page 1 of 5 →

Case Number: **14S02023**

Plaintiff (list names): Paul Toledo

### ① The Plaintiff (the person, business, or public entity that is suing) is:

Name: Paul Toledo   Phone: (   )

Street address: 120 N. Prospect Ave   Redondo Beach   CA   90277-1511
                 Street                  City           State  Zip

Mailing address (if different): P.O. Box 3511   Redondo Beach   CA   90277-1511
                                 Street          City           State  Zip

**If more than one Plaintiff, list next Plaintiff here:**

Name: ___   Phone: (   )

Street address: ___
                 Street   City   State   Zip

Mailing address (if different): ___
                                 Street   City   State   Zip

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.

☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

### ② The Defendant (the person, business, or public entity being sued) is:

Name: ChexSystems, Inc.   Phone: (   )

Street address: 7805 Hudson Road, Suite 100   Woodbury   MN   55125
                 Street                        City       State Zip

Mailing address (if different): AOS: CT Corporation System, 818 W. Seventh St.   Los Angeles   CA   90017
                                 Street                                           City           State Zip

**If more than one Defendant, list next Defendant here:**

Name: ___   Phone: (   )

Street address: ___
                 Street   City   State   Zip

Mailing address (if different): ___
                                 Street   City   State   Zip

☐ Check here if more than 2 Defendants and attach Form SC-100A.

☐ Check here if any Defendant is on active military duty, and write his or her name here: ___

### ③ The Plaintiff claims the Defendant owes $ 10,000.00 . (Explain below):

a. Why does the Defendant owe the Plaintiff money? Defamation of character; Negligence. Violation of fair credit reporting act. Defamation of suspected fraud. Negligent enabelment of identity fraud.

b. When did this happen? (Date): ___
   If no specific date, give the time period: Date started: 09/15/2013   Through: 03/10/2014

c. How did you calculate the money owed to you? (Do not include court costs or fees for service.) Amount for defamation of character and previously stated factors.

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

---

Revised January 1, 2012 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims) | SC-100, Page 2 of 5 →

26606

Case Number: **14S02023**

Plaintiff *(list names)*: Paul Toledo

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:* _____

⑤ **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*
a. ☑ (1) Where the Defendant lives or does business.
   (2) Where the Plaintiff's property was damaged.
   (3) Where the Plaintiff was injured.
   (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.
b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*
d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*
e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 90277

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher...*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 3/10/14   Paul Toledo
*Plaintiff types or prints name here*   ▶ *(signed)* Paul Toledo
*Plaintiff signs here*

Date: _____   _____   ▶ _____
*Second Plaintiff types or prints name here*   *Second Plaintiff signs here*



**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012   **Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**   **SC-100, Page 3 of 5** →

26606

## SC-100 — Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms*.

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals*.

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor*.

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

# SC-100 — Información para el demandado (la persona demandada)

La "**Corte de reclamos menores**" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
*www.courts.ca.gov/reclamosmenores/preparese.*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)
- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) *o*
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en:
*www.courts.ca.gov/reclamosmenores/asesores.*

*****Excepciones:** Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

# Exhibit B



**Service of Process Transmittal**
03/27/2014
CT Log Number 524660443

| | |
|---|---|
| TO: | Pamela Phillips<br>Fidelity National Information Services, Inc.<br>601 Riverside Avenue<br>Jacksonville, FL 32204 |
| RE: | **Process Served in California** |
| FOR: | Chex Systems, Inc. (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Paul Toledo, Pltf. vs. ChexSystems Inc., Dft.<br>*Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Claim(s) and Order(s), Information(s), Document(s) in a Foreign Language |
| COURT/AGENCY: | Los Angeles County - Superior Court - Inglewood, CA<br>Case # 14S02023 |
| NATURE OF ACTION: | Violation of fair credit reporting act. Defamtion of suspended fraud - Seeking $10,000.00 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 03/27/2014 at 15:46 |
| JURISDICTION SERVED : | California |
| APPEARANCE OR ANSWER DUE: | 5/13/14 at 8:30 a.m. |
| ATTORNEY(S) / SENDER(S): | Paul Toledo<br>120 N. Prospect Ave<br>P.O. Box 3511<br>Redondo Beach, CA 90277-1511 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 03/28/2014, Expected Purge Date: 04/02/2014<br>Image SOP<br>Email Notification, Kathy Hause Kathy.Hause@fisglobal.com<br>Email Notification, Pamela Phillips pamela.phillips@fisglobal.com<br>Email Notification, Lynn Cravey Lynn.Cravey@fisglobal.com<br>Email Notification, Crystal Warren Crystal.Warren@FISGlobal.com |
| SIGNED:<br>PER:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>Nancy Flores<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of  1 / JG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.